```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C. and SLING TV L.L.C.,

        Plaintiffs,

-against-

ASIA TV USA LTD. and ASIA TODAY LTD.,

        Defendants.

Case No.: 19-cv-00021-VSB

**ORDER**

VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE:

    I am in receipt of the parties' status reports, (Docs. 66, 67), indicating that the parties have been unable to reach a resolution of this dispute. Accordingly, it is hereby

    ORDERED that the hearing on Plaintiffs' motion for a preliminary injunction, which began on January 14, 2019, shall continue on July 29, 2019, at 10:00 a.m. The terms of the January 14, 2019 Stipulation and Order, (Doc. 45), shall remain in effect through the July 29, 2019 hearing.

    IT IS FURTHER ORDERED that if the parties are not available for a hearing on July 29, 2019, they are instructed to meet and confer and to submit a joint letter on or before July 15, 2019, proposing several alternative hearing dates. The parties are advised that the Court will be unavailable from August 8 through August 30, 2019.

    IT IS FURTHER ORDERED that on or before July 22, 2019, the parties shall each submit a list of any witnesses they intend to call and any exhibits they intend to introduce during the July 29, 2019 hearing. Pursuant to the January 14, 2019 Stipulation and Order, all direct testimony shall be presented by witness declaration, with an opportunity for live cross-examination and re-direct examination.

SO ORDERED.

DATED: July 11, 2019
      New York, New York

_____
Vernon S. Broderick
United States District Judge