# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910
mayerbrown.com

July 15, 2019

**A. John P. Mancini**
Partner
T: +1 212 506 2295
F: +1 212 262 5895
JMancini@mayerbrown.com

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Judge
United States District Court
United States Courthouse
40 Foley Square
New York, NY 10007

> The hearing on Plaintiffs' motion for a preliminary injunction is hereby adjourned from July 29, 2019 until Tuesday, August 6, 2019, at 10:00 a.m., to be continued on August 7, 2019, if necessary. The parties are instructed to provide witness and exhibit lists to the Court on or before July 30, 2019.
>
> SO ORDERED:
> /s/ Vernon Broderick   7/18/2019
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

**Re:** Dish Network LLC and Sling TV LLC v. Asia TV USA Ltd. and Asia Today Ltd., Civ. No. 19-00021 (VSB)

Dear Judge Broderick:

The parties to the above-referenced case jointly submit this letter in accordance with the Court's Order of July 11, 2019. (Dkt. No. 68).

Defendant Asia TV USA Ltd. is not available on July 29, 2019 for the continued preliminary injunction hearing. Pursuant to the Court's Order, Asia TV proposed ten alternative dates to Plaintiffs, and after meeting and conferring the parties hereby propose the following several alternative hearing dates: August 6, September 18 or September 19, 2019.

Respectfully submitted,

*/s/ A. John P. Mancini*                    */s/ Elyse D. Echtman*

A. John P. Mancini                          Elyse D. Echtman
Counsel for Defendants                      Orrick, Herrington & Sutcliffe LLP
                                            Counsel for Plaintiffs


Copy (by ECF) to: Counsel of record for Plaintiffs

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).