UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DISH NETWORK L.L.C. and SLING TV L.L.C., | |
|---|---|
| Plaintiffs, | Case No. 1:19-cv-00021-VSB |
| -against- | |
| ASIA TV USA LTD. and ASIA TODAY LTD., | |
| Defendants. | |

**PLAINTIFFS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

Plaintiffs DISH Network L.L.C. ("DISH") and Sling TV L.L.C. (together with DISH, "Plaintiffs"), by and through their undersigned counsel, hereby submit this list of exhibits that they intend to offer in support of their affirmative case at the preliminary injunction hearing in the above-entitled action commencing August 6, 2019 at 10:00 a.m.:

| Plaintiff Ex. # | EXHIBIT | ECF #[1] |
|---|---|---|
| 1 | Declaration of Warren Schlichting dated January 2, 2019 | 8 |
| 2 | Affiliation Agreement dated March 18, 2011 | 8-1 |
| 3 | International Affiliation Agreement dated August 1, 2012 | 8-2 |
| 4 | Guaranty dated March 18, 2011 | 8-3 |
| 5 | Zee TV-DISH Term Sheet | 8-4 |
| 6 | Zee Multi-Channel-DISH Term Sheet dated May 13, 2016 | 8-5 |

---

[1] For Defendants' convenience, Plaintiffs identify the ECF numbers of the publicly-filed versions of the documents on this exhibit list. To the extent any exhibit on this list was filed under seal or in redacted form, Plaintiffs intend to introduce the unredacted, under seal version of the exhibit at the hearing.

| Plaintiff Ex. # | EXHIBIT | ECF # |
|---|---|---|
| 7 | November 9, 2018 letter to DISH from Asia TV USA Ltd. re Notice of Breach | 8-6 |
| 8 | November 13, 2018 letter from DISH to Asia TV USA Ltd. re Notice of Cure of Alleged Breach | 8-7 |
| 9 | November 28, 2018 letter from DISH to Asia TV USA Ltd. re Follow-up | 8-8 |
| 10 | December 3, 2018 Notice of Uncured Breach from Asia TV USA Ltd. to DISH | 8-9 |
| 11 | December 5, 2018 letter from DISH to Asia TV USA Ltd. re Response to December 3, 2018 Correspondence | 8-10 |
| 12 | November 21, 2018 Notice of Breach – Subscriber Reports from Asia TV USA Ltd. to DISH | 8-11 |
| 13 | December 5, 2018 Response to November 21, 2018 Correspondence | 8-12 |
| 14 | December 4, 2018 letter from Asia TV USA Ltd. to DISH | 8-13 |
| 15 | Email string between Bradford Hammer and Akhilesh Gupta dated December 20, 2018 through December 21, 2018 re DISH and Zee | 8-14 |
| 16 | Letter from Elyse D. Echtman to Asia TV USA Ltd. dated December 21, 2018 re Asia TV USA Ltd. December 4, 2018 Letter | 8-15 |
| 17 | Declaration of Warren Schlichting dated January 11, 2019 | 32 |
| 18 | Seeking Alpha article dated November 7, 2018 re DISH reports Q3 profit beat, subscriber misses | 32-1 |
| 19 | Seeking Alpha article dated August 3, 2018 re DISH Network +5.7% on Q2 beats, Sling subscriber growth | 32-2 |
| 20 | Seeking Alpha article re Weak Results | 32-3 |
| 21 | Printout of "About Us" section from Zee TV USA Official Website | 32-4 |
| 22 | January 31, 2013 article re Dish Network Hopper With Sling | 32-5 |
| 23 | Business Wire article dated January 13, 2015 re Sling TV Takes Home Top Honors at the 2015 International CES, Wins Engadget's "Best of the Best" Award | 32-6 |

| Plaintiff Ex. # | EXHIBIT | ECF # |
|---|---|---|
| 24 | Business Wire articled dated February 9, 2015 re Sling TV Launches Live, Over-the-Top Service Nationwide | 32-7 |
| 25 | Flyer Front re Sling TV | 32-8 |
| 26 | Business Wire article dated June 2, 2016 re Sling TV and DISH Announce Landmark Agreement with Zee | 32-9 |
| 27 | Amendment No. 2 to Affiliation Agreement dated as of July 26, 2012 | 32-10 |
| 28 | Printout of "Advertise With Us" section of Zee TV USA Official Website | 32-11 |
| 29 | Declaration of Christopher Kuelling dated July 9, 2019 | 62 |
| 30 | Declaration of Michael Schwimmer dated July 8, 2019 | 73 |
| 31 | Exhibit 1 to the Declaration of Michael Schwimmer | 73-1 |
| 32 | Declaration of Warren Schlichting dated July 5, 2019 | 74 |
| 33 | Letter from Elyse D. Echtman to A. John P. Mancini dated July 1, 2019 | 61-1 |
| 34 | Email from A. John P. Mancini to Elyse D. Echtman dated July 8, 2019 | 61-2 |
| 35 | Seeking Alpha article dated July 29, 2019 re Dish Network sees subs, revenue decline in Q2 (potential redirect exhibit) | N/A |
| 36 | Spreadsheet of A. Gupta Sling TV Account Streaming Location, Device and IP Address Data from August 2017 – July 2019 (potential redirect exhibit) | N/A |

Plaintiffs reserve the right to use additional documents not listed above on cross-examination, redirect and/or rebuttal.  Plaintiffs also reserve the right to supplement and/or amend this exhibit list, use any exhibit on Defendants' exhibit list, and use any exhibit not presently in their possession but that may be obtained later.

Dated: July 30, 2019                              ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                  By:  */s/ Elyse D. Echtman*
                                                       Elyse D. Echtman
                                                       Gregory D. Beaman
                                                       51 West 52nd Street
                                                       New York, NY 10019
                                                       Telephone:  (212) 506-5000
                                                       Facsimile:   (212) 506-5151
                                                       Emails:  eechtman@orrick.com
                                                                gbeaman@orrick.com

                                                       *Attorneys for Plaintiffs DISH Network L.L.C.
                                                       and Sling TV L.L.C.*