UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH Network L.L.C. and Sling TV L.L.C., <br><br> *Plaintiffs*, <br><br> vs. <br><br> Asia TV USA Ltd. and Asia Today Ltd., <br><br> *Defendants*. | Case No. 1:19-cv-00021-VSB <br><br> **DEFENDANTS' LIST OF WITNESSES AND EXHIBITS FOR THE CONTINUED PRELIMINARY <u>INJUNCTION HEARING</u>** |

Pursuant to the Court's Order dated July 11, 2019 (Dkt. No. 68) and its Memorandum Endorsement dated July 18, 2019 (Dkt. No. 75), Defendants Asia TV USA Ltd. and Asia Today Ltd. (collectively, "Defendants" or "Asia TV") submit their lists of witnesses they intend to call and exhibits they intend to introduce during the continued hearing on Plaintiffs' motion for a preliminary injunction (the "Hearing"), to be held on August 6 and 7, 2019.

**I.     Witness List**

Asia TV expects to call the following witnesses during the Hearing:

1.     Sameer Targe, CEO for the Americas of Asia TV; and

2.     Akhilesh Gupta, Vice President of Content Distribution & Marketing for Asia TV.

Pursuant to the Court's July 11 Order, Asia TV will present the testimony of Messrs. Targe and Gupta by their Declarations (submitted on January 9, 2019), and Supplemental Declarations (submitted on July 9, 2019).

Asia TV reserves the right to cross-examine any witnesses called by Plaintiffs, and to call any witness listed on the witness list submitted by Plaintiffs.

**II.    Exhibit List**

Asia TV expects to introduce, or may introduce, the following exhibits during the Hearing in its case in chief:

| No. | Description | Declaration Exhibit |
|---|---|---|
| 1 | Affiliation Agreement | Targe Decl. Ex. A<br>Gupta Decl. Ex. A |
| 2 | Zee TV-DISH Term Sheet | Targe Decl. Ex. B<br>Gupta Decl. Ex. B |
| 3 | International Affiliation Agreement | Targe Decl. Ex. C |

|    |                                                         |                         |
|----|---------------------------------------------------------|-------------------------|
|    |                                                         | Gupta Decl. Ex. C       |
| 4  | Zee Multi-Channels – DISH Term Sheet                    | Targe Decl. Ex. D       |
|    |                                                         | Gupta Decl. Ex. D       |
| 5  | Nov. 7, 2018 DISH Press Release                         | Targe Decl. Ex. E       |
| 6  | DISH Programming Packages                               | Targe Decl. Ex. F       |
| 7  | DISH International Packages                             | Targe Decl. Ex. G       |
| 8  | DISH Hindi Packages                                     | Targe Decl. Ex. H       |
| 9  | Sling Service Comparison                                | Targe Decl. Ex. I       |
| 10 | Nov. 9, 2018 Notice of Breach                           | Targe Decl. Ex. J       |
| 11 | Nov. 13, 2018 DISH Response                             | Targe Decl. Ex. K       |
| 12 | DISH Telugu Packages                                    | Targe Decl. Ex. L       |
| 13 | Nov. 28, 2018 DISH Letter                               | Targe Decl. Ex. M       |
| 14 | Dec. 5, 2018 DISH Response                              | Targe Decl. Ex. N       |
| 15 | Dec. 21, 2018 DISH Letter                               | Targe Decl. Ex. O       |
| 16 | Emails between A. Gupta and I. Slowikowska              | Gupta Decl. Ex. E       |
| 17 | Dec. 18, 2018 email from B. Hammer to A. Gupta          | Gupta Decl. Ex. F       |
| 18 | Emails between B. Hammer and A. Gupta                   | Gupta Decl. Ex. G       |
| 19 | Sling TV Facebook                                       | Gupta Decl. Ex. H       |
| 20 | May 14, 2019 DISH Press Release                         | Targe Supp. Decl. Ex. 1 |
| 21 | April 8, 2019 DISH Press Release                        | Targe Supp. Decl. Ex. 2 |
| 22 | January 9, 2019 Declaration of Sameer Targe             |                         |
| 23 | January 9, 2019 Declaration of Akhilesh Gupta           |                         |
| 24 | July 8, 2019 Supplemental Declaration of Sameer Targe   |                         |

-3-

| 25 | July 9, 2019 Supplemental Declaration of Akhilesh Gupta | |

Asia TV reserves the right to introduce any admissible exhibits listed by Plaintiffs.

-4-

Dated: New York, New York
       July 30, 2019

By: */s/ A. John P. Mancini*
    A. John P. Mancini
    Allison L. Stillman
    Gregory J. Apgar
    MAYER BROWN LLP
    1221 Avenue of the Americas
    New York, New York  10020-1001
    Telephone: (212) 506-2500
    Facsimile:  (212) 262-1910

    *Attorneys for Defendants*
    *Asia TV USA Ltd. and Asia Today Ltd.*