UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISH Network L.L.C. and Sling TV L.L.C.,

    *Plaintiffs*,

vs.

Asia TV USA Ltd. and Asia Today Ltd.,

    *Defendants*.

Case No. 1:19-cv-00021-VSB

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that on Friday, August 2, 2019, Defendants Asia TV USA Ltd. and Asia Today Ltd. will move this Court to vacate the stay entered in the above-captioned matter on January 14, 2019. The basis for this motion to vacate is set forth in the attached Defendants' Memorandum of Law In Opposition to Plaintiffs' Motion to Strike Portions of Defendants' Filings and Cross Motion to Vacate Stay.

Dated: New York, New York
       August 2, 2019

By: */s/ A. John P. Mancini*
    A. John P. Mancini
    Allison L. Stillman
    Henninger S. Bullock
    Gregory J. Apgar
    MAYER BROWN LLP
    1221 Avenue of the Americas
    New York, New York 10020-1001
    Telephone: (212) 506-2500
    Facsimile: (212) 262-1910

    *Attorneys for Defendants Asia TV USA Ltd. and Asia Today Ltd.*