# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910
mayerbrown.com

August 3, 2019

A. John P. Mancini
Partner
T: +1 212 506 2295
F: +1 212 262 5895
JMancini@mayerbrown.com

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007
BroderickNYSDChambers@nysd.uscourts.gov

**Re:** Dish Network LLC and Sling TV LLC v. Asia TV USA Ltd. and Asia Today Ltd., Civ. No. 19-00021 (VSB)

*Application to Bring General Purpose Computing Device Into the Courthouses of the Southern District of New York For Use in A Proceeding*

Dear Judge Broderick:

We represent Defendants Asia TV USA Ltd. and Asia Today Ltd. (collectively, "Asia TV") in the above-captioned action.

On Wednesday, July 31, the Court granted our request to permit our trial technology specialist, Jason Bencze, to bring certain General Purpose Computing Devices into the courthouses of the Southern District of New York in connection with the preliminary injunction hearing in this matter, which is scheduled to begin on August 6, 2019 (Dkt. No. 75).

Mr. Bencze completed his courtroom technology run-through on Friday, August 2. At that time, he learned that he would need to bring certain additional General Purpose Computing Devices to provide trial technology support at the preliminary injunction hearing.

Accordingly, pursuant to Standing Order M10-468 (Electronic Devices and General Purpose Computing Devices) and Your Honor's Individual Rule 8, we respectfully request permission for Mr. Bencze to bring the following additional General Purpose Computing Devices into the

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

August 3, 2019
Page 2

courthouse on Tuesday, August 6, 2019 and Wednesday, August 7, 2019 for the preliminary injunction hearing:

- HP 22er Monitor
- Power Strip
- Extron VGA Switch
- Power Cables

Counsel for Asia TV will at all times supervise Mr. Bencze's use of this equipment during the hearing.

Pursuant to Your Honor's Individual Rule 8, the standard Electronic Device Order is attached.

Respectfully submitted,

*/s/ A. John P. Mancini*

A. John P. Mancini