

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

August 2, 2019

**BY EMAIL AND ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  8/6/2019

Hon. Vernon S. Broderick
United States District Court
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>DISH Network L.L.C., et al. v. Asia TV USA Ltd., et al.</u>, Case No. 19-cv-00021

Dear Judge Broderick:

    We represent Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. ("Plaintiffs") in the above-entitled action.  Plaintiffs are filing a First Amended Complaint, as of right, pursuant to Fed. R. Civ. P. 15(a)(1).

    Portions of the First Amended Complaint include references to highly confidential, commercially sensitive information that is either identical to, or of the same kind as, the information that this Court has previously permitted Plaintiffs to file under seal and/or redact pursuant to its sealing order dated January 2, 2019.

    In accordance with Rule 5B of the Court's Individual Rules and Practices, Plaintiffs attach hereto as Exhibit A the First Amended Complaint that they seek to file in redacted form, with yellow highlighting on the text that Plaintiffs request leave to redact.

                Respectfully submitted,

                /s/ Elyse D. Echtman

                Elyse D. Echtman

Attachments (by email only)

Copy (by email, with attachments) to: All counsel of record