UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH Network L.L.C. and Sling TV L.L.C.,

   *Plaintiffs*,

 vs.

Asia TV USA Ltd. and Asia Today Ltd.,

   *Defendants*.

Case No. 1:19-cv-00021-VSB

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**

  Before the Court is Defendants' motion, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, for entry of an order permitting them to:

  A. File under seal copies of Defendants' Opposition to Plaintiffs' Motion to Strike Portions of Defendants' Filings and Cross Motion to Vacate Stay ("Defendants' Opposition Motion"); and

  B. Publicly file redacted versions of Defendants' Opposition Motion.

  Upon consideration of the letter motion and for good cause shown, the Court GRANTS Defendants' motion. Defendants may file copies of the papers attached as Appendix A to their motion entirely under seal; Defendants may file corresponding redacted copies of those papers publicly.

Dated: August __6__, 2019

                */s/ Vernon S. Broderick*
                Vernon S. Broderick
                United States District Judge