UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> -against- <br><br> ASIA TV USA LTD. and ASIA TODAY LTD., <br><br> Defendants. | Case No. 19-CV-00021 (VSB) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIMS** |

Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. ("Plaintiffs") and Defendants Asia TV USA Ltd., Asia Today Ltd., and Living Communications Inc. ("Defendants"), by and through their undersigned counsel, HEREBY STIPULATE AND AGREE as follows:

WHEREAS, the Defendants served their Counterclaims and Answer to First Amended Complaint on September 3, 2019 and filed them on September 11, 2019 (ECF No. 132) ("Counterclaims");

WHEREAS, Plaintiffs currently are required to respond to the Counterclaims by September 24, 2019;

WHEREAS, the Counterclaims span 295 paragraphs, such that more than the typical twenty-one (21) days for a responsive pleading is warranted; and

WHEREAS, no prior requests to extend Plaintiffs time to answer the Counterclaims have been made; NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The date by which Plaintiffs must respond to the Counterclaims is extended to and including October 2, 2019.

2. In all other respects, the Case Management Order shall remain in effect.

Dated: September 23, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | MAYER BROWN LLP |
| By: /s/ Elyse D. Echtman | By: /s/ John P. Mancini |
| Elyse D. Echtman<br>Gregory D. Beaman | A. John P. Mancini<br>Henninger S. Bullock<br>Gregory J. Apgar |
| 51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 506-5000 | 1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 506-2500 |
| *Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.* | *Attorneys for Defendants Asia TV USA Ltd., Asia Today Ltd., and Living Communications Inc.* |

**IT IS SO ORDERED**

DATED: 9/24/2019

Vernon S. Broderick
United States District Judge