UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C.,<br><br>        Plaintiffs,<br><br>      -against-<br><br>ASIA TV USA LTD. and ASIA TODAY LTD.,<br><br>        Defendants. | Case No. 19-CV-00021 (VSB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UDNER SEAL** |

VERNON S. BRODERICK, United States District Judge:

      Before the Court is Defendants' letter motion dated November 11, 2019, pursuant to Rule 5B of this Court's individual Rules and Practices, and the Court's sealing order of January 2, 2019, for entry of an order permitting them to file under seal Defendants' Reply Memorandum of Law in support of its Motion for Partial Judgment on the Pleadings. Defendants also seek leave to publicly file these documents in redacted form.

      Upon consideration of the motion and for good cause shown, the Court GRANTS Defendants' motion. Defendants may file copies of the foregoing papers under seal and publicly file redacted copies where applicable and as indicated in the highlighted set accompanying its letter motion.

SO ORDERED.

Dated: New York, New York
      November 13, 2019

Vernon S. Broderick
United States District Judge