USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2019

November 26, 2019

**MEMO ENDORSED**



BY ECF AND EMAIL

Hon. Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

Elyse D. Echtman

E eechtman@orrick.com
D +1 212 506 3753
F +1 212 506 5151

Re: *DISH Network L.L.C., et al. v. Asia TV USA Ltd., et al.*, Case No. 19-cv-00021

Dear Judge Moses:

We represent Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. in the above-entitled action. In accordance with Plaintiffs' Notice of Intent to Request Redaction dated November 26, 2019 [ECF # 195], we write to request that certain portions of the publicly filed transcript of the proceedings held on October 28, 2019 be redacted.

Pursuant to Rule 2.i of the Court's Individual Practices, enclosed is (1) an unredacted copy of the full transcript and (2) a copy of each page sought to be redacted, with yellow highlighting on the information that we request be redacted. The information Plaintiffs seek to redact is highly confidential, commercially sensitive information relating to the term of Plaintiffs' licensing agreement with Defendant Asia TV USA Ltd., which, by Order dated September 24, 2019 [ECF # 143], the Court permitted Plaintiffs to redact from their brief in support of their second motion for preliminary injunction [ECF # 145]. The October 28, 2019 hearing related to Defendants' request for expedited discovery in connection with that motion.

We spoke to the Court's Law Clerk earlier today, who advised us to email the proposed redacted transcript to chambers. We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Elyse D. Echtman*

Elyse D. Echtman

Copy (by ECF, without attachments) to:
All counsel for Defendants

> I am in receipt of the parties' proposed redactions to the October 28, 2019 hearing transcript. The parties' proposed redactions are approved and the parties are directed to provide those redactions to the court reporter. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> November 27, 2019