USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C. and SLING TV L.L.C.,

    Plaintiffs,

-against-

ASIA TV USA LTD. and ASIA TODAY LTD.,

    Defendants.

Case No. 19-CV-00021 (VSB)

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**

VERNON S. BRODERICK, United States District Judge:

    Before the Court is Defendants' letter motion dated December 10, 2019, pursuant to Rule 5B of this Court's individual Rules and Practices, for entry of an order permitting them to file under seal the transcript of proceedings held on November 1, 2019. Defendants also seek leave to publicly file these documents in redacted form.

    Upon consideration of the motion and for good cause shown, the Court GRANTS Defendants' motion. Defendants may file copies of the foregoing papers under seal and publicly file redacted copies where applicable and as indicated in the highlighted set accompanying its letter motion.

SO ORDERED.

Dated: New York, New York
       December 12, 2019

*Vernon S. Broderick*
United States District Judge