

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

        Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

        Defendants.

19-CV-0021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

        In accordance with the parties' stipulation (Dkt. No. 223), it is hereby ORDERED that the parties' discovery deadlines are extended as follows:

1. <u>Written Discovery</u>. Interrogatories shall be served no later than **September 14, 2020**. Requests for admissions shall be served no later than **December 13, 2020**.

2. <u>Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed by **January 13, 2021**.

3. <u>Expert Discovery</u>. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by **March 15, 2021**

4. <u>Post-Discovery Conference</u>. The post-discovery conference scheduled for September 24, 2020, before Judge Broderick is ADJOURNED to **March 22, 2021, at 10:30 a.m.**, before Judge Broderick.

        No further extensions of the parties' discovery deadlines will be granted absent compelling circumstances.

Dated: New York, New York
       July 14, 2020

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**