

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DISH Network L.L.C. and Sling TV L.L.C.,

    *Plaintiffs*,

vs.

Asia TV USA Ltd., Asia Today Ltd., and Living Communications Inc.,

    *Defendants*.

Case No. 1:19-cv-00021-VSB

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL

Before the Court is Defendants' motion, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, for entry of an order permitting them to:

A.     File under seal the Counterclaims and Answer to Second Amended Complaint of Defendants Asia TV USA Ltd., Asia Today Ltd., and Living Communications Inc. ("Defendants' Counterclaims and Answer"); and

B.     Publicly file redacted versions of Defendants' Counterclaims and Answer.

Upon consideration of the letter motion and for good cause shown, the Court GRANTS Defendants' motion. Defendants may file under seal Defendants' Counterclaims and Answer; Defendants may file corresponding redacted copies of those papers publicly.

Dated: August 25, 2020

                                                    Hon. Barbara Moses
                                                  United States Magistrate Judge
                                                  Southern District of New York