```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DISH NETWORK L.L.C., et al.,                        :
:
                     Plaintiffs,   :
:    19-cv-0021 (VSB)
        -against-                                  :
:    **ORDER**
ASIA TV USA LTD., et al.,                             :
:
                    Defendants.   :
:
------------------------------------------------------------X

      Before the Court is Plaintiffs' letter motion dated November 20, 2020, (Doc. 247), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to:

1. File under seal Exhibit 1 to the Declaration of Michael Schwimmer; and

2. Publicly file redacted versions of Plaintiffs' Memorandum of Law in Support of their Third Motion for Preliminary Injunction, dated November 20, 2020, Exhibits 2–6 to the Declaration of Michael Schwimmer, dated November 20, 2020, and Exhibits 1–2 to the Declaration of Elyse D. Echtman, dated November 20, 2020.

      Upon consideration of the motion and for good cause shown, the Court GRANTS Plaintiffs' motion. The Court also notes that Plaintiffs have filed a redacted version of the Declaration of Michal Schwimmer, (*see* Doc. 250), and the Court directs Plaintiffs to inform the Court whether Plaintiffs request to publicly file a redacted version of Michael Schwimmer's Declaration. Accordingly, it is hereby:

      ORDERED that Plaintiffs may file copies of the foregoing papers entirely under seal and publicly file redacted copies as indicated in the highlighted set accompanying their letter motion.

      IT IS FURTHER ORDERED that Plaintiffs are directed to inform the Court, by December 23, 2020, whether they seek to publicly file a redacted version of the Michael Schwimmer Declaration.

SO ORDERED.

Dated: December 16, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge