```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
DISH NETWORK L.L.C., et al.,  :
 :
                Plaintiffs,  :
 :     19-cv-0021 (VSB)
     -against-  :
 :     **ORDER**
ASIA TV USA LTD., et al.,  :
 :
                Defendants.  :
 :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

In connection with the preliminary injunction hearing, by January 20, 2021, the parties shall jointly submit the following:

1. A list of all witnesses, indicating whether such witnesses will testify live on Microsoft Teams, by deposition, or by affidavit, and a brief summary of the substance of each witness's testimony.

2. A designation by each party of any deposition testimony to be offered, and any counter-designations and objections by any other party.

3. A list by each party of exhibits to be offered, with an indication by exhibit number as to whether any party objects to the exhibit. The party objecting must include a brief statement that makes clear the basis for its objection and must provide any necessary supporting authority.

4. Whether opening and closing statements are needed.

5. Whether the parties wish to make any post-hearing submissions.

All exhibits must be pre-marked in advance of the hearing, and two courtesy copies of all

exhibits should be provided to the Court on the first day of the hearing.

SO ORDERED.

Dated: December 17, 2020
New York, New York

Vernon S. Broderick
United States District Judge