UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
DISH NETWORK L.L.C., et al.,      :
      :
                Plaintiffs,  :
      :      19-cv-0021 (VSB)
      -against-  :
      :      **ORDER**
ASIA TV USA LTD., et al.,      :
      :
                Defendants.  :
      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2020

      Before the Court is Defendants' letter motion dated December 21, 2020, (Doc. 247), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to:

1. File Exhibits 1–11 to the Declaration of Akhilesh Gupta entirely under seal; and

2. Publicly file redacted versions of Defendants' Memorandum of Law in Opposition to Plaintiffs' Third Motion for Preliminary Injunction, the Declaration of Akhilesh Gupta and Exhibits 12 and 13 thereto, Exhibit 1 to the Declaration of Robert M. Barta, Esq, and Defendants' Evidentiary Objections to the Declaration of Michael Schwimmer filed in support of Plaintiffs' Third Motion for Preliminary Injunction.

      Upon consideration of the motion and for good cause shown, Defendants may file Exhibits 1, 3, 4, 5, 6, and 10 to the Declaration of Akhilesh Gupta entirely under seal. Defendants may publicly file redacted versions of Defendants' Memorandum of Law in Opposition to Plaintiffs' Third Motion for Preliminary Injunction, the Declaration of Akhilesh Gupta and Exhibits 12 and 13 thereto, Exhibit 1 to the Declaration of Robert M. Barta, Esq, and Defendants' Evidentiary

Objections to the Declaration of Michael Schwimmer filed in support of Plaintiffs' Third Motion for Preliminary Injunction.

The Court recently granted Plaintiffs' request to publicly file a redacted version of Amendment No. 24 to the Z Living Agreement dated April 4, 2017, (*see* Doc. 255), which is Exhibit 2 to the Declaration of Akhilesh Gupta.  Defendants are directed to inform the Court why those redactions are insufficient to protect the confidential information and to propose additional redactions, if necessary.  Defendants are also directed to propose specific redactions for Exhibits 7, 8, and 9 to the Declaration of Akhilesh Gupta.  The Court finds that pages 4–5 of Exhibit 11 to the Declaration of Akhilesh Gupta should be redacted in their entirety; however, Defendants should provide specific redactions for the remaining pages in the exhibit.  Finally, Defendants should meet and confer with Plaintiffs concerning redactions to the extent appropriate.

ORDERED that Defendants may file copies of Exhibits 1, 3, 4, 5, 6, and 10 to the Declaration of Akhilesh Gupta entirely under seal and publicly file redacted copies of Defendants' Memorandum of Law in Opposition to Plaintiffs' Third Motion for Preliminary Injunction, the Declaration of Akhilesh Gupta and Exhibits 12 and 13 thereto, Exhibit 1 to the Declaration of Robert M. Barta, Esq, and Defendants' Evidentiary Objections to the Declaration of Michael Schwimmer filed in support of Plaintiffs' Third Motion for Preliminary Injunction as indicated in the highlighted set accompanying their letter motion.

IT IS FURTHER ORDERED that Defendants are directed to propose to the Court, by December 30, 2020, specific redactions to Exhibits 2, 7, 8, 9, and 11 to the Declaration of Akhilesh Gupta.  Defendants are directed to meet and confer with Plaintiffs concerning redactions to the extent appropriate.

SO ORDERED.

Dated: December 28, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge