USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

        Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

        Defendants.

19-CV-0021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

        The conference currently scheduled for **January 4, 2021 at 10:00 a.m.** will start at **12:00 noon**. The dial-in information and pre-conference requirements remain the same. (*See* Dkt. No. 269.)

Dated:  New York, New York
        December 29, 2020

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**