UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                       :
DISH NETWORK L.L.C., et al.,                           :
                                                       :
                                    Plaintiffs,        :
                                                       :          19-cv-0021 (VSB)
                  -against-                             :
                                                       :          **ORDER**
ASIA TV USA LTD., et al.,                              :
                                                       :
                                    Defendants.        :
                                                       :
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/5/2021___
```

        I am in receipt of Defendants' proposed specific redactions to Exhibits 2, 7, 8, 9, and 11 to

the Declaration of Akhilesh Gupta.  Upon consideration of the motion and for good cause shown,

Defendants may publicly file redacted versions of Exhibits 2, 7, 8, 9, and 11 to the Declaration of

Akhilesh Gupta.

        ORDERED that Defendants may publicly file redacted versions of Exhibits 2, 7, 8, 9, and

11 to the Declaration of Akhilesh Gupta as indicated in the highlighted set filed on December 30,

2020.

SO ORDERED.

Dated: January 5, 2021
       New York, New York

Vernon S. Broderick
United States District Judge

1