UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DISH NETWORK L.L.C., et al.,

                Plaintiffs,

    -against-

ASIA TV USA LTD., et al.,

                Defendants.
-----------------------------------------------------------X

19-cv-0021 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

    In anticipation for the hearing on Plaintiffs' Third Motion for a Preliminary Injunction, scheduled for January 28, 2021, at 10:30 a.m., the parties are directed to submit the names and contact information of the attorneys who plan to participate in the hearing. Accordingly, it is hereby

    ORDERED that by January 21, 2021, the parties submit the names and contact information of the attorneys who plan to participate in the hearing.

SO ORDERED.

Dated: January 19, 2021
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge