```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    1/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                                      :
DISH NETWORK L.L.C., et al.,                          :
                                                      :
                                     Plaintiffs,      :
                                                      :          19-cv-0021 (VSB)
                   -against-                          :
                                                      :              **ORDER**
ASIA TV USA LTD., et al.,                             :
                                                      :
                                     Defendants.      :
                                                      :
------------------------------------------------------X

  Before the Court is Plaintiffs' letter motion dated January 15, 2021, (Doc. 288), pursuant

to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to:

1. File under seal Exhibit B to the Declaration of Michael Schwimmer; and

2. Publicly file redacted versions of Plaintiffs' Reply Memorandum of Law, the Declaration

  of Jon Hageali, and Exhibit 1 to the Declaration of Elyse Echtman.

  Upon consideration of the motion and for good cause shown, the Court GRANTS

Plaintiffs' motion.  Accordingly, it is hereby:

  ORDERED that Plaintiffs may file copies of the foregoing papers entirely under seal and

publicly file redacted copies as indicated in the highlighted set accompanying their letter motion.

SO ORDERED.

Dated: January 19, 2021
  New York, New York

           Vernon S. Broderick
           United States District Judge