```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
DISH NETWORK L.L.C., et al.,                         :
:
                 Plaintiffs,    :
:      19-cv-0021 (VSB)
           -against-                              :
:      **ORDER**
ASIA TV USA LTD., et al.,                             :
:
                 Defendants.   :
:
------------------------------------------------------X

        Before the Court is Plaintiffs' letter motion dated January 25, 2021, (Doc. 317), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to publicly file a redacted version of their opposition to Defendants' motion to strike.

        Upon consideration of the motion and for good cause shown, the Court GRANTS Plaintiffs' motion. Accordingly, it is hereby:

        ORDERED that Plaintiffs may file publicly file redacted a copy of their opposition to Defendants' motion to strike as indicated in the highlighted set accompanying their letter motion. SO ORDERED.

Dated: January 26, 2021
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge