UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DISH NETWORK L.L.C., et al.,           :
:
                Plaintiffs,    :
:  19-cv-0021 (VSB)
        -against-             :
:  **ORDER**
ASIA TV USA LTD., et al.,              :
:
                Defendants.   :
:
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021
```

    Before the Court is Defendants' letter motion dated January 26, 2021, (Doc. 323), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to:

1. File under seal Exhibits 1–4 to the Declaration of Leena Pawar; and
2. Publicly file a redacted version of the Declaration of Leena Pawar.

    Upon consideration of the motion and for good cause shown, the Court GRANTS Defendants' motion.  Accordingly, it is hereby:

    ORDERED that Defendants may file copies of the foregoing papers entirely under seal and publicly file redacted copies as indicated in the highlighted set accompanying their letter motion.

SO ORDERED.

Dated: January 27, 2021
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge