```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DISH NETWORK L.L.C., et al.,                                :
                                                            :
                                    Plaintiffs,             :
                                                            :        19-cv-0021 (VSB)
            -against-                                       :
                                                            :            **ORDER**
ASIA TV USA LTD., et al.,                                   :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

Before the Court is Plaintiffs' letter motion dated January 29, 2021, (Doc. 330), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to:

1. File under seal Exhibit A to the Declaration of Jon Hageali; and

2. Publicly file a redacted version of Plaintiffs' memorandum of law in support of their motion for an order of attachment.

Upon consideration of the motion and for good cause shown, the Court GRANTS Plaintiffs' motion. Accordingly, it is hereby:

ORDERED that Plaintiffs may file copies of the foregoing papers entirely under seal and publicly file a redacted copy as indicated in the highlighted set accompanying their letter motion.

SO ORDERED.

Dated:  February 5, 2021
        New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge