USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

      Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

      Defendants.

19-CV-0021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during the February 17, 2021 status conference, it is hereby ORDERED that the parties' discovery deadlines are extended as follows:

1. <u>Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed by **June 14, 2021**.

2. <u>Substantial Completion of Pending Written Discovery</u>. The parties shall substantially complete their responses to all currently pending written discovery requests, including production of documents and substantive answers to interrogatories and RFAs, no later than **March 17, 2021**, with the exception of the pending RFAs served by defendants on plaintiffs, which plaintiffs shall respond to no later than **April 12, 2021**.

3. <u>Expert Discovery</u>. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by **July 14, 2021**

4. <u>Status Conference</u>. Judge Moses will conduct a telephonic status conference on **April 6, 2021 at 12:00 noon**. At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, the parties shall file a joint status letter no later than **March 30, 2021**, updating the Court on the progress of discovery.

    No further extensions of the parties' discovery deadlines will be granted absent compelling circumstances.

Dated: New York, New York
       February 17, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**