# BARTA | TATE

1801 Century Park East, Suite 1200
Los Angeles, California 90067
t. 310.479.1454
f. 310.478.1439
bartatate.com

February 17, 2021

<u>Via ECF</u>
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 2/18/2021

Re: <u>DISH Network L.L.C. et al. v. Asia TV USA Ltd. et al.
Case No. 19-cv-00021</u>

Dear Judge Broderick:

Defendants Asia TV USA Ltd. ("Asia TV"), Asia Today Ltd. ("ATL"), and Living Communications Inc. ("LCI," collectively "Defendants") write to request an extension of one business day to the briefing schedule set by the Court on Plaintiffs' Motion for an Order of Attachment ("Motion"). Dkt. No. 340.

I received my first COVID vaccination shot last night and am now experiencing severe adverse side effects that have temporarily impacted my ability to work.  According to my physician, these adverse symptoms will pass in the next day or two.

Defendants propose that the filing deadline for their opposition brief be extended from Friday, February 19 to Monday, February 22, 2021, and that Plaintiffs DISH Network LLC and Sling TV LLC's ("Plaintiffs") reply brief receive a reciprocal extension from Friday, March 5 to Monday, March 8, 2021.  Plaintiffs' counsel has graciously consented to this proposed extension.  No extensions to the briefing schedule on the Motion have previously been requested.

Defendants thank the Court for its time and consideration.

Best,

/s/ *Robert M. Barta*

Robert M. Barta, Esq.
BARTA | TATE


cc: Counsel for Plaintiffs