```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DISH NETWORK L.L.C. and SLING TV                            :
L.L.C.,                                                     :
                                                            :
                                  Plaintiffs,               :   19-CV-0021 (VSB)
                                                            :
                    -against-                               :         ORDER
                                                            :
ASIA TV USA LTD., ASIA TODAY LTD.,                          :
and LIVING COMMUNICATIONS INC.,                             :
                                                            :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2021

<u>VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE</u>:

I am in receipt of Plaintiffs' letter motion requesting leave to expand the scope of Plaintiffs' pending motion for an attachment order, (Doc. 369), Plaintiffs' letter motion to publicly file a redacted copy of the same, (Doc. 367), Defendants' opposition to Plaintiffs' request for leave, (Doc. 370), and Plaintiffs' reply, (Doc. 371.)

Regarding the letter motion to seal, (Doc. 367), upon consideration of the motion and for good cause shown, Plaintiffs' request is GRANTED.

Plaintiffs' request for leave to expand the scope of their pending motion for an attachment order, (Doc. 369), is GRANTED.  Plaintiffs may file a five-page supplemental brief on the issue within five days of the Court's order granting their request.  Defendants may file a ten-page supplemental brief within fourteen days of the filing of Plaintiffs' supplemental brief.  However, Plaintiffs' request to file a supplemental reply brief is DENIED.  Accordingly, it is hereby:

ORDERED that Plaintiffs may publicly file redacted copies of their letter motion requesting leave to expand the scope of Plaintiffs' pending motion for an attachment order as indicated in the highlighted set accompanying their letter motion.

IT IS FURTHER ORDERED that Plaintiffs shall file a five-page supplemental brief within five days of the Court's order.  Defendants shall file a ten-page supplemental brief within fourteen days of the filing of Plaintiffs' supplemental brief.

The Clerk of Court is respectfully directed to terminate the motions pending at Docket Entries 367, 368, and 369.

SO ORDERED.

DATED: March 8, 2021
       New York, New York

_____
VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE