```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DISH NETWORK L.L.C., et al.,                               :
                                                           :
                            Plaintiffs,                    :
                                                           :         19-cv-0021 (VSB)
            -against-                                      :
                                                           :              ORDER
ASIA TV USA LTD., et al.,                                  :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

Before the Court is Plaintiffs' letter motion dated March 8, 2021, (Doc. 372), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to publicly file a redacted version of Plaintiffs' reply brief in support of their motion for an order of attachment.

Upon consideration of the motion and for good cause shown, the Court GRANTS Plaintiffs' motion. Accordingly, it is hereby:

ORDERED that Plaintiffs may publicly file a redacted copy as indicated in the highlighted set accompanying their letter motion.

SO ORDERED.

Dated: March 10, 2021
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge