```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DISH NETWORK L.L.C., et al.,                               :
                                                           :
                              Plaintiffs,                  :
                                                           :           19-cv-0021 (VSB)
              -against-                                    :
                                                           :              ORDER
ASIA TV USA LTD., et al.,                                  :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

Before the Court is Plaintiffs' letter motion dated March 12, 2021, (Doc. 380), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting them to publicly file a redacted version of Plaintiffs' supplemental brief in support of their motion for an order of attachment.

Upon consideration of the motion and for good cause shown, the Court GRANTS Plaintiffs' motion. Accordingly, it is hereby:

ORDERED that Plaintiffs may publicly file a redacted copy as indicated in the highlighted set accompanying their letter motion.

SO ORDERED.

Dated: March 15, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge