

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

       Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

       Defendants.

19-CV-0021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the April 6, 2021 status conference, it is hereby ORDERED that the parties' discovery deadlines are extended as follows:

1. <u>Substantial Completion of Document Production</u>. Defendants shall substantially complete their document production no later than **May 11, 2021**.

2. <u>Fact Discovery</u>. The parties shall complete all fact discovery, including fact depositions, no later than **August 11, 2021**. Without waiting for the substantial completion of defendants' document production, the parties shall meet and confer to begin scheduling depositions, including any depositions that can be conducted prior to the production of defendants' remaining documents. As part of the meet and confer process, the parties shall confirm which proposed witnesses are current employees, such that no subpoena is required; which are no longer current employees, but have nonetheless authorized counsel to accept service of a deposition subpoena on their behalf; and which are no longer current employees and have not authorized counsel to accept service on their behalf, in which case counsel for the party that those witnesses were affiliated with shall provide each such witness's last known home and business addresses to opposing counsel.

3. <u>Expert Discovery</u>. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed no later than **September 30, 2021.**

4. <u>Status Conference</u>. Judge Moses will conduct a (presumptively telephonic) status conference on **July 13, 2021 at 11:00 a.m.** At that time (unless the Court has ordered otherwise in the interim), the parties shall dial **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, the parties shall file a joint status letter no later than **July 6, 2021**, updating the Court on the progress of discovery.

No further extensions of the parties' discovery deadlines will be granted absent extremely compelling circumstances.

Dated: New York, New York
April 6, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**