UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

    Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

    Defendants.

19-CV-0021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On June 2, 2021, plaintiffs requested a discovery conference. (Dkt. No. 395.) On June 8, 2021, the Court scheduled a discovery conference for June 14, 2021. (Dkt. No. 397.) On June 9, 2021, defendants requested an adjournment of the June 14 conference, both because of a scheduling conflict arising out of a family obligation and in anticipation of defendants' own request for discovery relief, which would not be fully briefed until June 17. (Dkt. 398.) On June 10, 2021, defendants did, in fact, file their own request for a discovery conference. (Dkt. No. 400.)

    Consequently, the June 14 conference is ADJOURNED to **June 21, 2021, at 12:00 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, and will cover the issues raised by both plaintiffs and defendants. This is an in person conference. Counsel are advised to consult the Chief Judge's current entry protocols, available at https://nysd.uscourts.gov/covid-19-corona virus, in advance of the conference. As of the date of this Order, masks are required in public areas of the courthouse, including Courtroom 20A, regardless of vaccination status.

    The parties' remaining letter-briefs are due in accordance with Moses Ind. Prac. § 2(e). It is the Court's intention to resolve the parties' discovery disputes based on their letters, augmented

by such argument as may be presented at the conference, unless the Court directs the parties to submit more formal briefing.

The Clerk of Court is respectfully requested to close the letter motions at Dkt. Nos. 398 and 400.

Dated: New York, New York
June 11, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**