

> The conference scheduled for July 22, 2021 is adjourned to January 7, 2022 at 2:30 p.m.
>
> SO ORDERED:
>
> [signature]
>
> HON. VERNON S. BRODERICK  7/12/2021
> UNITED STATES DISTRICT JUDGE

July 8, 2021

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

**Elyse D. Echtman**

E  eechtman@orrick.com
D  +1 212 506 3753
F  +1 212 506 5151

Re:   *DISH Network L.L.C., et al. v. Asia TV USA Ltd., et al.*, 19-cv-00021-VSB-BCM

Dear Judge Broderick:

On behalf of all parties, we respectfully submit this joint letter motion to adjourn the post-discovery conference currently scheduled for July 22, 2021 (Doc. 384) and to reschedule that conference to a date and time convenient for the Court after December 30, 2021.  This is the parties' first request for an adjournment of the July 22, 2021 conference.  The requested adjournment will not affect any other dates in this matter.  The bases for this joint request are set forth below.

When this Court scheduled the post-discovery conference for July 22, 2021, the discovery deadline in this case was July 14, 2021, per Order of Magistrate Judge Moses.  Doc. 345 ¶ 3.  Magistrate Judge Moses subsequently extended the discovery deadline to September 30, 2021.  Doc. 390 ¶ 3.  On July 7, 2021, on joint motion of the parties, Magistrate Judge Moses further extended the discovery deadline in this case to December 30, 2021 for good cause shown.  Docs. 410, 411.  Given this recent extension granted by Magistrate Judge Moses, the parties respectfully submit that the post-discovery conference before this Court, currently scheduled for July 22, 2021, should be adjourned until a date convenient for the Court that is after the new December 30, 2021 discovery deadline.  We appreciate the Court's consideration of this joint request.

Respectfully submitted,

*/s/ Elyse D. Echtman*

Elyse D. Echtman

cc:  Counsel for Defendants