# BARTA | TATE

1801 Century Park East, Suite 1200
Los Angeles, California 90067
t. 310.479.1454
f. 310.478.1439
bartatate.com

September 9, 2021

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/21

<u>Via ECF</u>
Hon. Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>*DISH Network L.L.C. et al. v. Asia TV USA Ltd., et al.* (Case No. 19-cv-00021)</u>

Dear Judge Moses:

Defendants Asia TV USA Ltd., Asia Today Ltd., and Living Communications Inc. submit this letter motion in connection with the upcoming in-person status conference scheduled for Tuesday, September 14, 2021 at 10:00 a.m. EDT. *See* Dkt. No. 411.

We write to respectfully request the Court's permission to remotely appear for the status conference, or, in the alternative, to adjourn the status conference to September 28, 2021 at a time convenient to the Court.  It has only recently come to my attention that the date of the status conference and necessary attendant travel to New York conflict with Yom Kippur and related religious celebrations with my family, which are scheduled to begin on September 14th and in observance of which I will be unable to work or travel from September 15th through 16th.  I would greatly appreciate any flexibility the Court may be able to provide.

This is the second request to adjourn this status conference, the first of which was granted upon joint application by the parties to amend the case management schedule. *See* Dkt. Nos. 410 and 411.  We have discussed this request with Plaintiffs' counsel, who kindly consented to the same and is also available on the date listed above.

Respectfully submitted,

/s/ Robert M. Barta

Robert M. Barta, Esq.
BARTA | TATE

cc:   Counsel for Plaintiffs

---

Application GRANTED. The September 14, 2021 conference is ADJOURNED to **September 28, 2021 at 10:00 a.m.** This will be a telephonic conference. At the scheduled date and time, the parties shall dial (888) 557-8511 and enter the access code 7746387. In advance of the conference, and no later than **September 21, 2021**, the parties shall submit a joint letter, updating the Court on the progress of discovery. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
September 10, 2021