UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                :

DISH NETWORK L.L.C., et al.,         :

                     Plaintiffs,   :

        -against-            :

ASIA TV USA LTD., et al.,          :

                   Defendants.  :

-------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: ___9/22/21___

19-cv-0021 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Much ink has been spilled and costs have been expended over the course of this litigation.  I have reviewed the parties' extensive papers related to Plaintiffs' motion for an attachment order.  In hopes of resolving this motion and allowing both my attention and the parties' attention to return to the actual merits of this litigation, I direct that the parties to consider the following solution:  The parties should meet and confer on whether the licensing fees that DISH has paid or will pay to Defendants, as well as the placement fees that Defendants are alleged to owe to DISH, could be placed into escrow until the resolution of this litigation.  The parties should file a letter by on or before September 24, 2021 informing me whether the parties have come to a resolution.

SO ORDERED.

Dated:  September 22, 2021
      New York, New York

                                             _____
                                           Vernon S. Broderick
                                           United States District Judge