UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

   Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

   Defendants.

19-CV-0021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the September 28, 2021 status conference, it is hereby ORDERED:

1. <u>Continued Hammer Deposition</u>. Defendants may continue the deposition of Mr. Hammer, in accordance with Fed. R. Civ. P. 30(d)(1), for a total duration of no more than seven hours. Counsel shall cooperate in good faith to arrange a time and set conditions so as to minimize the burden on the witness. If the witness requires a subpoena, counsel for Dish Network (who also represent the witness) shall promptly so inform defendants' counsel.

2. <u>Documents</u>. It now appearing that the parties engaged in oral as well as written communications with one another concerning what defendants describe as "an agreement reached between the parties justifying [defendants'] extension of the Yupp TV agreement and refusal to pay payment of the placement fees" (Dkt. No. 405, at 2), certain additional document production is required. (*See* Dkt. No. 406 ¶ 1.) Defendants represent that they have produced or will produce all internal communications reflecting or discussing the parties' bilateral oral communications regarding the alleged agreement, including those from January 14 through June 6, 2019, save only for documents withheld or redacted pursuant to the attorney-client privilege and logged (or to be logged) as such. Plaintiffs represent that they too have produced or will produce such documents, save only for documents withheld or redacted on grounds of the attorney-client privilege or the work product doctrine and logged (or to be logged) as such. Any objections by defendants to plaintiffs' reliance on the work product doctrine as to such documents shall be addressed when both parties have substantially completed their document productions and updated their corresponding privilege logs.

3. <u>Status Conference</u>. Judge Moses will conduct a status conference on **November 29, 2021 at 11:00 a.m.** in **Courtroom 20A** of the Daniel Patrick Moynihan United States Courthouse. In advance of the conference, the parties shall file a joint status letter no later than **November 22, 2021**, updating the Court on the progress of discovery and any settlement efforts.

2

Dated: New York, New York
September 28, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**