UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DISH NETWORK L.L.C., et al.          :
:
                Plaintiffs,   :
:     19-cv-0021 (VSB)
      -against-        :
:     **ORDER**
ASIA TV USA LTD., et al.,            :
:
                Defendants.  :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    Today, I held a conference in this case. In accordance with my comments made during the conference, the parties are directed to file a joint stipulation with this Court by October 29, 2021, to specify the amount of the funds they are to deposit with this Court pursuant to Rule 67(a) and the timing of such deposits.

SO ORDERED.

Dated: October 14, 2021
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge