UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C.,<br><br>　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ASIA TV USA LTD., ASIA TODAY LTD. and LIVING COMMUNICATIONS INC.,<br><br>　　　　　　Defendants. | Case No. 19-CV-00021-VSB-BCM<br><br>**STIPULATION AND** ~~**[PROPOSED]**~~ **AMENDED SCHEDULING ORDER** |

　　　　WHEREAS, Plaintiffs DISH Network L.L.C. and Sling TV L.L.C., and Defendants Asia TV USA Ltd., Asia Today Ltd. and Living Communications Inc., request that the discovery deadlines currently in effect be extended as follows:

| Task | Current Deadline (Doc. 411) | [Proposed] New Deadline |
|---|---|---|
| Fact Discovery | November 11, 2021 | December 16, 2021 |
| Expert Discovery | December 30, 2021 | March 3, 2022 |

　　　　NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1. <u>Fact Discovery</u>.  All remaining fact discovery, including fact depositions, shall be completed by December 16, 2021.

2. <u>Expert Discovery</u>. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by March 3, 2022.

3. <u>Joint Status Letter</u>.  The November 22, 2021 deadline for submission of the parties' joint status letter to the Court (Doc. 424) is reset to **January 3, 2022**.

4. <u>Status Conference</u>.  The status conference currently set for November 29, 2021 at 11:00 a.m. (Doc. 424) is rescheduled for **January 6, 2022 at 10:00 a.m. in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse**.

1

Dated: October 15, 2021

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Elyse D. Echtman*
Elyse D. Echtman
Gregory D. Beaman
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Emails: eechtman@orrick.com
gbeaman@orrick.com

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*

Respectfully submitted,

BARTA | TATE

By: */s/ Robert M. Barta*
Robert M. Barta
Ashley L. Tate
1801 Century Park East, Suite 1200
Los Angeles, CA 90067
Telephone: (310) 479-1454
Emails: rbarta@bartatate.com
atate@bartatate.com

*Attorneys for Defendants Asia TV USA Ltd., Asia Today Ltd., and Living Communications Inc.*

**No further extensions of the fact discovery deadline will be granted absent compelling circumstances.** The Clerk of Court is respectfully requested to close the letter-motion of Dkt. No. 430.

**IT IS SO ORDERED.**

DATED: October 20, 2021

_____
HONORABLE BARBARA MOSES
United States Magistrate Judge