UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., ET AL.,

                    Plaintiff,

        -against-

ASIA TV USA LTD., ET AL.,

                    Defendants.

19-CV-0021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The status conference currently set for January 6, 2022 at 10:00 a.m. (Doc. No. 435) is

ADJOURNED to **January 20, 2022, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick

Moynihan United States Courthouse. The parties' joint status letter is now due on **January 17,**

**2022**.

Dated:  New York, New York
        October 29, 2021

                                        **SO ORDERED.**

                                        _____
                                        **BARBARA MOSES**
                                        **United States Magistrate Judge**