UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DISH NETWORK L.L.C., et al.,                               :
:
                Plaintiffs,            :
:      19-cv-21 (VSB)
        -against-                              :
:      **ORDER**
ASIA TV USA LTD., et al.,                                  :
:
                Defendants.            :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       A post-discovery conference in this case was previously scheduled for January 7, 2022. (*See* Doc. 413.) Subsequently, the parties filed their discovery schedule with Judge Moses whereby discovery is due March 3, 2022. (Doc. 435.) In light of the new discovery schedule, the post-discovery conference scheduled for January 7, 2022 is hereby adjourned until the parties complete the discovery.

SO ORDERED.

Dated:  November 12, 2021
          New York, New York

                                               Vernon S. Broderick
                                               United States District Judge