**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C. and SLING TV L.L.C.,

        Plaintiffs,

-against-

ASIA TV USA LTD. and ASIA TODAY LTD.,

        Defendants.

Case No. 19-CV-00021-VSB-BCM

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**

WHEREAS, Defendants Asia TV USA Ltd., Asia Today Ltd. and Living Communications, Inc. (collectively, "Defendants") and Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. (together, "Plaintiffs") respectfully request that the discovery deadlines currently in effect be extended as follows:

| Task | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Fact Discovery | December 16, 2021 | January 27, 2022 |
| Expert Discovery | March 3, 2022 | April 14, 2022 |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1. <u>Fact Discovery</u>.  All remaining fact discovery, including fact depositions, shall be completed by January 27, 2022.

2. <u>Expert Discovery</u>. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by April 14, 2022.

1

3. <u>Joint Status Letter</u>.  The January 17, 2022 deadline for submission of the parties' joint status letter to the Court (Dkt. No. 438) is reset to  February 10, 2022  .

4. <u>Status Conference</u>.  The status conference currently set for January 20, 2022 (Dkt. No. 438) is hereby adjourned to  February 17, 2022  at  11:00 AM  in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Dated: November 22, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BARTA \| TATE |
| By: /s/ Elyse D. Echtman<br>Elyse D. Echtman<br>Gregory D. Beaman<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:  (212) 506-5000<br>Emails:  eechtman@orrick.com<br>            gbeaman@orrick.com<br><br>*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.* | By: /s/ Robert M. Barta<br>Robert M. Barta<br>Ashley L. Tate<br>Tyler J. Franklin<br>1801 Century Park East, Suite 1200<br>Los Angeles, CA 90067<br>Telephone:   (310) 479-1454<br>Emails:  rbarta@bartatate.com<br>            atate@bartatate.com<br>            tfranklin@bartatate.com<br><br>*Attorneys for Defendants Asia TV USA Ltd., Asia Today Ltd., and Living Communications Inc.* |

**Application GRANTED.**

**This is the parties' seventh discovery extension.**

**No further extensions will be granted.**

**IT IS SO ORDERED**

DATED: 11/24/2021

_____
HONORABLE BARBARA MOSES
United States Magistrate Judge