```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DISH NETWORK L.L.C., et al.,                               :
                                                           :
                            Plaintiffs,                    :
                                                           :      19-cv-21 (VSB)
            -against-                                      :
                                                           :         ORDER
ASIA TV USA LTD., et al.,                                  :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The parties having made a request that the Court issue an Order directing the Clerk of Court to accept the funds in the amount specified in the Stipulation and Order Regarding the Parties' Deposit of Disputed Funds with the Court Pursuant to Fed. R. Civ. P. 67(a), (Doc. 443), IT IS HEREBY ORDERED, that the Clerk of Court accept and deposit the funds into the Court Registry Investment System (CRIS) pending further Order of the Court.

SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                                                        Vernon S. Broderick
                                                                        United States District Judge