Exhibit 1

| | |
|---|---|
| **From:** | Echtman, Elyse |
| **Sent:** | Friday, November 19, 2021 9:52 AM |
| **To:** | 'Sadeghi, Kayvan B' |
| **Cc:** | Beaman, Gregory |
| **Subject:** | RE: DISH v. Asia TV - Subpoena Service |

Good morning Kayvan,

I'm writing to check in on this request.  Please let us know if you are authorized and willing to accept service.

Best,

Elyse

**Elyse D. Echtman**
Chair, Complex Litigation & Dispute Resolution

Orrick
New York
T +1-212-506-3753
M +1-914-584-3060
eechtman@orrick.com



---

**From:** Sadeghi, Kayvan B <KSadeghi@schiffhardin.com>
**Sent:** Tuesday, November 16, 2021 1:45 PM
**To:** Echtman, Elyse <eechtman@orrick.com>
**Cc:** Beaman, Gregory <gbeaman@orrick.com>
**Subject:** RE: DISH v. Asia TV - Subpoena Service

Hi Elise,

All is well, I hope the same for you.  I will get back to you.

Regards,
Kayvan

---

**From:** Echtman, Elyse [mailto:eechtman@orrick.com]
**Sent:** Tuesday, November 16, 2021 9:41 AM
**To:** Sadeghi, Kayvan B <KSadeghi@schiffhardin.com>
**Cc:** Beaman, Gregory <gbeaman@orrick.com>
**Subject:** [EXT] DISH v. Asia TV - Subpoena Service

Kayvan,

I hope that all is well with you.  I'm reaching out because DISH would like to take Uday Reddy's deposition in the *DISH v. Asia TV* matter.  Please let us know if you still represent YuppTV and would be willing to accept service of a subpoena for Mr. Reddy.  We are willing to take the deposition remotely, depending on Mr. Reddy's preference.

Best regards,

Elyse

**Elyse D. Echtman**
Attorney At Law

Orrick
New York
T +1-212-506-3753
eechtman@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

```
----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
----------------------------------------------------------------
```