UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> -against- <br><br> ASIA TV USA LTD. and ASIA TODAY LTD., <br><br> Defendants. | Case No. 19-CV-00021-VSB-BCM <br><br> **[PROPOSED] AMENDED SCHEDULING ORDER** |

WHEREAS, Defendants Asia TV USA Ltd., Asia Today Ltd. and Living Communications, Inc. (collectively, "Defendants") respectfully request that the discovery deadlines currently in effect be extended as follows:

| Task | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Fact Discovery | January 27, 2022 | February 26, 2022 |
| Expert Discovery | April 14, 2022 | May 14, 2022 |

1. <u>Fact Discovery</u>.  All remaining fact discovery, including fact depositions, shall be completed by February 26, 2022.

2. <u>Expert Discovery</u>. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by May 14, 2022.

3. <u>Joint Status Letter</u>.  The February 10, 2022 deadline for submission of the parties' joint status letter to the Court (ECF No. 450) is reset to _____.

4. <u>Status Conference</u>.  The status conference currently set for February 17, 2022 (ECF No. 450) is hereby adjourned to _____ at _____ in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

**IT IS SO ORDERED**

DATED: _____

_____
HONORABLE BARBARA MOSES
United States Magistrate Judge