```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C.,<br><br>       Plaintiffs,<br><br>-against-<br><br>ASIA TV USA LTD. and ASIA TODAY LTD.,<br><br>       Defendants. | Case No. 19-CV-00021-VSB-BCM<br><br>[~~PROPOSED~~] AMENDED SCHEDULING ORDER |

WHEREAS, Defendants Asia TV USA Ltd., Asia Today Ltd. and Living Communications, Inc. (collectively, "Defendants") respectfully request that the discovery deadlines currently in effect be extended as follows:

| Task | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Fact Discovery | January 27, 2022 | February 26, 2022 |
| Expert Discovery | April 14, 2022 | May 14, 2022 |

1. <u>Fact Discovery</u>.  All remaining fact discovery, including fact depositions, shall be completed by February 26, 2022.

2. <u>Expert Discovery</u>. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by May 14, 2022.

3. <u>Joint Status Letter</u>.  The February 10, 2022 deadline for submission of the parties' joint status letter to the Court (ECF No. 450) is reset to **March 14, 2022**.

4. <u>Status Conference</u>.  The status conference currently set for February 17, 2022 (ECF No. 450) is hereby adjourned to **March 17, 2022** at **10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

1

**IT IS SO ORDERED**

DATED: __January 4, 2022__

_____
HONORABLE BARBARA MOSES
United States Magistrate Judge

2