Elyse D. Echtman
+1 212 378-7551 direct
eechtman@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/22

February 22, 2022

By ECF

Hon. Barbara Moses, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**Re:**   ***DISH Network L.L.C., et al. v. Asia TV USA Ltd., et al.*, No. 19 Civ. 21 (VSB) (BCM)**
**Consent Letter Motion for Scheduling Adjustments**

Dear Judge Moses:

We write on behalf of Plaintiffs to request two scheduling adjustments in the above-referenced case.  We have conferred with Defendants' counsel on these requests and have obtained their consent to the scheduling adjustments.

First, we request that the fact discovery period be extended for one additional week, from February 26, 2022 to March 6, 2022.  There is good cause for this week-long extension.  I had a death in my family on Monday, February 21 that required the cancellation of depositions scheduled for February 22 and 23.  We are in the process of re-scheduling those depositions for the week of February 28.

Second, we request an adjournment of the status conference currently scheduled for March 17, 2022, ECF No. 472, to March 21, 22, 29 or 30, to the extent that those alternative dates might be available on the Court's calendar. This conference was previously adjourned from February 17, 2022, to March 17, 2022, based on Defendants' request to extend discovery deadlines due to a COVID-19 outbreak at counsel's office. *See* ECF Nos. 471, 472.  I have a family vacation conflict with the March 17 date, which falls during a spring break recess week.

Thank you for your consideration of these requests.

Application GRANTED. The March 17, 2022 conference is ADJOURNED to **April 7, 2022 at 12 noon** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **March 31, 2022**, the parties shall submit a joint status letter to the Court outlining the status of discovery and any settlement efforts. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
February 25, 2022