```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

          Plaintiffs,

-against-

Asia TV USA Ltd., et al.,

          Defendants.

19-CV-00021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

      The Court has received and reviewed the parties' letters dated April 20, 2022. (Dkt. Nos. 491, 492.) The Court reminds plaintiffs that it did not request additional argument regarding reopening depositions. The Court suggests to defendants that it is somewhat self-defeating to assert in one paragraph that they should have an opportunity to respond to plaintiffs' "premature and improper" argument *after* reviewing the documents at issue (if the Court determines that they are not privileged), only to present, in the next paragraph, a series of counterarguments to that premature and improper argument.

      With regard to the *in camera* review: Plaintiffs are to submit complete and unredacted copies of all nine email communications at issue to the Court by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov. Promptly thereafter, plaintiffs are to file a letter on ECF (i) confirming that they have submitted the documents *ex parte* as instructed; (ii) identifying them by Bates number, if they are numbered; (iii) attaching the corresponding entries from plaintiffs' privilege log; and (iv) listing (either in the letter or in an accompanying chart) each individual who sent, received, or was referenced in the text of the email communications. The list should include each such individual's full name, then-current title or job designation, and then-current employer, and state whether that person was at the time of the communication a lawyer or lawyer's agent (*e.g.*, paralegal) acting as such.

Dated: New York, New York
       April 21, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**