UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ASIA TV USA LTD., et al., <br><br> *Defendants*. | Case No. 19-cv-00021-VSB <br><br> **PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION** |

     PLEASE TAKE NOTICE that, in accordance with the Notice of Filing of Official Transcript dated April 11, 2022 (Doc. 490), Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. will submit a statement of redaction to the Court by May 11, 2022 of the transcript of the proceedings held of April 7, 2022.

| | |
|---|---|
| Dated: New York, New York <br>        May 9, 2022 | Respectfully submitted, <br><br> STEPTOE & JOHNSON LLP <br><br> By:  */s/ Elyse D. Echtman* <br>     Elyse D. Echtman <br>     1114 Avenue of the Americas <br>     New York, New York 10036 <br>     (212) 378-7551 <br>     eechtman@steptoe.com <br><br> *Counsel for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.* |