UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

    Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2022

19-CV-00021 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By letter-motion dated July 15, 2022 (Dkt. No. 505), plaintiffs seek leave to file their proposed Third Amended Complaint and Plaintiffs' Amended Answer to Defendants' First Amended Counterclaims. If defendants wish to oppose plaintiffs' motion to amend, they must so advise the Court no later than **June 17, 2022**, in which case, the Court will set a briefing schedule.

Dated: New York, New York
       June 16, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**