```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C., et al.,

    Plaintiffs,

-against-

ASIA TV USA LTD., et al.,

    Defendants.

19-CV-00021 (VSB) (BCM)

**CORRECTED ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By letter-motion dated June 15, 2022 (Dkt. No. 505),[*] plaintiffs seek leave to file their proposed Third Amended Complaint and Plaintiffs' Amended Answer to Defendants' First Amended Counterclaims. If defendants wish to oppose plaintiffs' motion to amend, they must so advise the Court no later than **June 17, 2022**, in which case, the Court will set a briefing schedule.

Dated: New York, New York
       June 16, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[*] This Court's earlier Order (Dkt. No. 509), which incorrectly recited the date of plaintiffs' letter-motion, is hereby STRICKEN.